## 1066. THE STATE v. FLEMING.

SOGNIER, Judge.
Pursuant to the order of the Supreme Court of Georgia in the case of *State v. Fleming* 245 Ga. 700 (1980), this court's order denying an application for interlocutory appeal is vacated, and the judgment and opinion of the Supreme Court is made the judgment of this court.

*Judgment reversed with direction. Deen, C. J., and Birdsong, J., concur.*

DECIDED APRIL 22, 1980.

*Vickers Neugent, District Attorney, Robert Sparks, Assistant District Attorney,* for appellant.
*Millard C. Farmer, M. Dale English,* for appellee.